

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

MICHAEL W. DOBBINS,                                      Office of the Clerk
Clerk

February 11, 2011

**F I L E D**

MAR 0 3 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Steele
Steele Hansmeier PLLC
161 North Clark Street
Suite 4700
Chicago, IL 60601

Re:  MCGIP, LLC v. Doe
USDC No.  11-cv-00937

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been
received.  Additional information is required for the completion of reports that are forwarded by
this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| PA 1658168 | JAN 19, 2010 | ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH + CO KG. |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Michael W. Dobbins, Clerk

By:     s/ Kinielle Johnson
        Deputy Clerk