IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MCGIP, LLC, | CASE NO. 1:11-cv-00937 |
| Plaintiff | Judge: Hon. William J. Hibbler |
| v. | |
| DOE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff hereby dismisses with prejudice all of its claims in the complaint against Doe. Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Fed. R. Civ. P. 41(a)(1) is therefore appropriate.

Respectfully submitted,

MCGIP, LLC

DATED: September 19, 2011

By: /s/ John Steele_____
One of its Attorneys

John Steele # 6292158
Steele Hansmeier PLLC
161 N. Clark St.
Suite 3200
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Lead Counsel*

**Attorney for Plaintiff**

1